UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VENEGAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHELLE ADAME VALENTY,<br><br>　　　　Respondent. | No. 2:23-cv-2251 CKD P<br><br><br>ORDER |

Mr. Venegas has filed a document the Clerk of the Court has construed as a petition for writ of habeas under 28 U.S.C. § 2254. However, the document is a petition for collateral relief meant for the Superior Court of Sacramento County. Good cause appearing, IT IS HEREBY ordered that:

1. The Clerk of the Court close this case; and

2. The Clerk of the Court send a copy of this order along with the petition for collateral relief filed to Mr. Venegas.

Dated: October 10, 2023

　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/vene2551.capet